1  THAD A. DAVIS (SBN 220503)
   thad.davis@ropesgray.com
2  ROCKY C. TSAI (SBN 221452)
   rocky.tsai@ropesgray.com
3  ROPES & GRAY LLP
   Three Embarcadero Center, Ste 300
4  San Francisco, California  94111-4006
   Tel:    (415) 315- 6300
5  Fax:    (415) 315-6350

6  HARVEY J. WOLKOFF
   harvey.wolkoff@ropesgray.com
7  MARK P. SZPAK
   mark.szpak@ropesgray.com
8  LARA A. ORAVEC
   lara.oravec@ropesgray.com
9  ROPES & GRAY LLP
   Prudential Tower, 800 Boylston Street
10 Boston, MA  02199-3600
   Tel:    (617) 951-7606
11 Fax:    (617) 235-0215

12 Attorneys for Defendants

13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17

18 | SEAN CLAWSON, individually, on behalf of himself and others similarly situated, | Case No.    3:11-cv-02417-MEJ |
19 |                                           | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT** |
20 |                    Plaintiffs,            | |
   |                                           | |
21 |           v.                              | |
22 | SONY COMPUTER ENTERTAINMENT AMERICA LLC, and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, | Judge:  Magistrate Judge Maria-Elena James |
23 |                                           | |
24 |                    Defendants.            | |

25

26        WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") and

27 Sony Network Entertainment International LLC ("SNEI") have been named as defendants in at

28 least twenty-five (25) putative class action lawsuits within this District, to date;

1    WHEREAS, certain of the Sony Defendants have also been named as defendants in at

2  least eighteen (18) putative class action lawsuits pending outside this District, to date;

3    WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict

4  Litigation (the "JPML") to centralize this and other matters, to which one response has been filed

5  to date, and as to which other responses, including Sony Defendants' response, are due by June 2,

6  2011.

7    WHEREAS, the current deadline for SCEA and SNEI to respond to the Complaint is July

8  18, 2011;

9    WHEREAS, the parties have agreed to the extension of time herein for the defendants in

10  the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to

11  facilitate the scheduling of this matter in coordination with the schedule for the motion before the

12  JPML;

13    NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties,

14  by and through their respective counsel, hereby stipulate as follows:

15    The deadline for the defendants to respond to the Complaint in the above-captioned action

16  is extended until and including 30 days after a consolidated complaint is filed in a multidistrict

17  litigation centralizing the above-captioned action with other matters, or if centralization is denied

18  by the JPML, then 30 days from the date of such order denying centralization.

19  ///

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02417-MEJ

1    Either party may seek ex parte relief from this stipulated Order for good cause shown,

2    including, but not limited to, Defendants' filing of a responsive pleading in a related case.

3

4    Dated: May 23, 2011

5                                        By:    /s/ Stuart Gross /s/ [as authorized]
                                                Stuart Gross
6                                               GROSS LAW

7                                               Attorneys for Plaintiff
                                                SEAN CLAWSON
8

9    Dated: May 23, 2011                        HARVEY WOLKOFF
                                                THAD A. DAVIS
10                                              ROCKY C. TSAI
                                                ROPES & GRAY LLP
11

12

13                                       By:    /s/ Rocky C. Tsai /s/
                                                Rocky C. Tsai

14                                              Attorneys for Defendants
                                                SONY COMPUTER ENTERTAINMENT
15                                              AMERICA LLC, and SONY NETWORK
                                                ENTERTAINMENT INTERNATIONAL
16                                              LLC

17                              [PROPOSED] ORDER

18        PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20                   May 25, 2011
          Dated: _____        By:_____
21                                               U. S. District Court Magistrate Judge

22

23

24

25

26

27

28
                                         -2-    STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
                                                RESPOND TO COMPLAINT
                                                CASE NO. 3:11-cv-02417-MEJ